UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOHN DOE,                                                              :
                                                                       :
                            Plaintiff,                                 :
                                                                       :        23 Civ. 6325 (JPC)
            -v-                                                        :
                                                                       :        ORDER
JENNIFER LYNN GROSS,                                                   :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By August 2, 2023, Plaintiff shall file a letter showing cause as to why he should be permitted to proceed anonymously in this action, considering the ten "non-exhaustive" factors identified by the Second Circuit in *Sealed Plaintiff v. Sealed Defendant*, 573 F.3d 185, 189-90 (2d Cir. 2008).

      SO ORDERED.

Dated: July 26, 2023
New York, New York

                                                            JOHN P. CRONAN
                                                       United States District Judge