```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
JOHN DOE,                                                               :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -v-                                                       :   23 Civ. 6325 (JPC)
                                                                        :
JENNIFER LYNN GROSS, a.k.a.                                             :   ORDER
JENNIFER STENGAARD GROSS,                                               :
                                                                        :
                              Defendant.                                :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

In the Opinion and Order issued on August 7, 2024, the Court informed the parties that "[i]f Plaintiff fails to file a second amended complaint within thirty days or obtain an extension of time to do so by that date, the Court will dismiss with prejudice Count One insofar as it is premised on aggravated sexual abuse in the first degree and Count Three insofar as it is premised on forcible sexual penetration." Dkt. 30 at 18.  Thirty days have passed since the date of that order, and Plaintiff has neither filed a second amended complaint nor obtained an extension of time to do so. Accordingly, Count One is dismissed with prejudice insofar as it is premised on aggravated sexual abuse in the first degree, and Count Three is dismissed with prejudice insofar as it is premised on forcible sexual penetration.  Counts One through Four otherwise survive.

SO ORDERED.

Dated: September 16, 2024
       New York, New York                          _____
                                                         JOHN P. CRONAN
                                                   United States District Judge