# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

      Plaintiff,

JENNIFER LYNN GROSS *a.k.a.* JENNIFER STENGAARD GROSS,

      Defendant.

Case No 1:23-cv-06325-JPC

**[PROPOSED] ORDER ADOPTING PARTIES' STIPULATION ON DISCLOSURE OF PLAINTIFF'S IDENTITY TO THIRD-PARTY SUBPOENA RECIPIENTS**

Pursuant to stipulation between the parties and to facilitate third-party discovery, the Court orders as follows:

The Stipulated Confidentiality Agreement and Protective Order ("Protective Order"), ECF 38, presently requires that before counsel may disclose Plaintiff's true identity to a potential witness, the witness must execute the Non-Disclosure Agreement attached to the Protective Order. ECF 38 ¶¶ 13(d); 10(f). By this Order, and notwithstanding any provision of the Protective Order, counsel for either party may disclose Plaintiff's true identity to any individual identified in Plaintiff's initial disclosures or interrogatory responses, including by disclosing Plaintiff's true identity in a subpoena served on such individual, without execution of the Non-Disclosure Agreement.

Counsel shall enclose a copy of the Protective Order, and this Order, along with any subpoena that is subject to this Order.

**IT IS SO ORDERED.**

Dated: March 20, 2025

_____
Honorable John P. Cronan
United States District Judge