**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE, | : |
| | : |
| *Plaintiff,* | : |
| v. | :      Civil Action No. 1: 23-cv-06325 |
| | : |
| JENNIFER LYNN GROSS, *a.k.a.* JENNIFER STENGAARD GROSS, | : |
| | : |
| *Defendant.* | : |
| | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff John Doe and Defendant Jennifer Lynn Gross, by and through their respective below signed counsel, who are authorized to enter this Stipulation, stipulate and agree to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant, in their entirety, in the above captioned matter. All claims available to Plaintiff as to Defendant are dismissed in their entirety with prejudice and without costs or attorneys' fees to any party.

Dated:  *June 18, 2026*

DEREK SMITH LAW GROUP, PLLC


/s/ *Caroline H. Miller*
Caroline Miller
*Counsel for Plaintiff John Doe*


GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP


/s/ *Julie Gerchik*
Julie Gerchik
*Counsel for Defendant Jennifer Gross*

21